IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 05-00179-01-CR-W-FJG |
| EDDIE W. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On May 12, 2005, this court ordered on its own motion that defendant Eddie Smith

undergo a competency evaluation. Defendant was examined by Jason V. Dana, Psy. D., forensic

psychologist at the Metropolitan Correctional Center in Chicago, Illinois. Dr. Dana submitted a

report on his evaluation of defendant's mental competency, finding defendant presently

competent to continue with the judicial proceedings in this case.

On July 21, 2005, I held a competency hearing. Defendant was present, represented by

appointed counsel John O'Connor. The government was represented by Assistant United States

Attorney Rudolph Rhodes. The parties stipulated to the contents and findings of the report as the

only evidence of whether the defendant is competent to continue with the proceedings to revoke

supervised release and to assist in his defense. The parties waived the 10-day objection period to

this report and recommendation.

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find

that the defendant is competent to continue with the proceedings and to assist in her defense.

Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and

applicable law, enter an order finding defendant competent to continue with the proceedings and

to assist in his defense.

/s/Robert E. Larsen

ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
July 22, 2005

Case 4:05-cr-00179-FJG   Document 24   Filed 07/22/05   Page 2 of 2