# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-0179-01-CR-W-FJG |
| Eddie W. Smith, | ) |
| Defendant. | ) |

## ORDER

Defendant's motion to vacate or correct illegal sentence (Doc. #61), filed October 16, 2006, is denied for the reasons cited in the government's response in opposition (Doc. #64), filed December 18, 2006.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: January 8, 2007
Kansas City, Missouri